# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ZUHAL BUTUNER, | : | Civil Action No. 19-6590 (ES) (MAH) |
| Plaintiff, | : | |
| v. | : | AMENDED SCHEDULING ORDER |
| NOVARTIS PHARMACEUTICALS CORP., | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court for a telephone status conference on **August 4, 2021**; and for good cause shown:

**IT IS** on this 4th day of August 2021,

**ORDERED THAT:**

1. All fact discovery shall be completed by **January 15, 2022.**

2. Any affirmative expert reports shall be served by **October 15, 2021**.

3. Any responding expert reports shall be served by **December 1, 2021.**

4. All expert discovery shall be completed by **January 15, 2022.**

5. The next telephone conference shall take place on **November 9, 2021, at 11:00 a.m.** The parties will dial 1-888-684-8852 and enter 1456817# to join the call.

*s/ Michael A. Hammer*_____
**Hon. Michael A. Hammer**
**United States Magistrate Judge**